Margaret Jeanne TAYLOR–VICK,
Plaintiff–Appellant

v.

CITY OF MIDLAND TEXAS; Jesus
Robledo; Guadalupe Bretado; Gary
Painter, County of Midland, Texas
Sheriff; Mike Bradford, County
Judge; Midland County, Texas, Defen-
dants–Appellees.

No. 09–50812.

United States Court of Appeals,
Fifth Circuit.

May 10, 2010.

Gerald Kendall Fugit, Law Offices of
Gerald K. Fugit, Odessa, TX, for Plaintiff–
Appellant.

Melinda Diane Hamm, Aaron Matthew
Dorfner, Cotton, Bledsoe, Tighe & Daw-
son, P.C., Randall L. Rouse, Lynch, Chap-
pell & Alsup, Midland, TX, for Defen-
dants–Appellees.

Before JONES, Chief Judge, and
HIGGINBOTHAM and ELROD, Circuit
Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.